**Order entered June 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01433-CR

**GLENA EDDINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-71251-U**

## ORDER

The Court **REINSTATES** the appeal.

On April 3, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On June 10, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the April 3, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/      DAVID EVANS
         JUSTICE